ON WRIT OF CERTIORARI TO THE COURT OF APPEAL, SECOND CIRCUIT, OFFICE OF WORKERS’ COMPENSATION DISTRICT IE
PER CURIAM
hln light of our opinion in Burgess v. Sewerage & Water Board of New Orleans, 16-2267 (La. 6/29/17), 225 So.3d 1020, 2017 WL 2836062, the judgment of the court of appeal is vacated and set aside insofar as it finds claimant was not entitled to reim *1206 bursement. The case is remanded to the Office of Workers’ Compensation for a determination, consistent with the interpretation of La. R.S. 23:1203(A) set forth in Burgess, of whether the out-of-state pharmacy’s services were not available in Louisiana or whether the out-of-state pharmacy can provide services for comparable costs to those of a Louisiana pharmacy. In all other respects, the judgment of the court of appeal is affirmed.